## McDOWELL v. STATE.
### No. 25055.

Court of Criminal Appeals of Texas.

Dec. 20, 1950.

On Rehearing March 14, 1951.

---

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of a violation of the liquor laws in McCulloch County, and under an allegation of a prior conviction of like character, he was given a penalty of $500.

We find only one bill of exception in the record, and it relates to the overruling of a motion to quash the indictment on the general ground that same does not charge an offense under the law. To this we do not agree.

We find a statement of facts herein, and the facts support a judgment, as well as a former conviction of like character.

The judgment will therefore be affirmed.

On Motion for Rehearing.

GRAVES, Presiding Judge.

The record in the present instance contains the same defect and is subject to the same criticism as that discussed in the opinion on motion for rehearing this day delivered in Bumguardner v. State, Tex.Cr. App., 237 S.W.2d 308.

For the reasons stated in said opinion, the motion for a rehearing herein is granted, the order of affirmance heretofore entered is set aside, and this cause is now reversed and remanded.